**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP
BEIJING, BERLIN, BRUSSELS,
DENVER, HONG KONG, LONDON,
LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI,
SINGAPORE, TOKYO, WASHINGTON, D.C.

*FILED*
*U.S. DISTRICT COURT*
*DISTRICT OF MARYLAND*

*2017 APR 26  PM 3: 5*

*CLERK'S OFFICE*
*AT BALTIMORE*

*BY_____ DEPUTY*

April 25, 2017

Writer's Direct Contact
+1 (212) 468.8033
JBergin@mofo.com

RECEIVED IN THE OFFICE OF
CATHERINE C. BLAKE

APR 26 2017

UNITED STATES DISTRICT COURT

By Overnight Delivery

Hon. Catherine C. Blake
United States District Judge
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, Maryland 21201

Re:    Palmer et al. v. CVS Health et al., No. 1:17-cv-00938-CCB

Dear Chief Judge Blake,:

As Your Honor is aware, the above-referenced action was originally filed in the Eastern
District of New York, and was recently transferred by Judge Jack B. Weinstein to this Court.
I and my firm, Morrison & Foerster LLP, served as counsel for defendants CVS Pharmacy
(sued herein under the name "CVS Health") and Nice-Pak Products, Inc. while the action
was pending in New York.  After the case was transferred, I received a letter from the Clerk
of this Court, Felicia C. Cannon, directing that we inform Your Honor whether we will be
seeking admission in this Court or whether another attorney will be entering an appearance in
our place.  Going forward, defendants wish to be represented by the firm of Tucker Ellis
LLP, who are in the process of selecting regularly admitted counsel to sponsor them in
applying for admission *pro hac vice* and thereafter to serve as co-counsel in this matter.

If Your Honor requires any further information from us, please let us know.

Respectfully submitted,

James M. Bergin

James M. Bergin

cc:    Dana McKee, Esq.
       Jessica Weber, Esq.
       Mark Reich, Esq.