**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

CHAMBERS OF
CATHERINE C. BLAKE
CHIEF JUDGE

U.S. COURTHOUSE
101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-3220
Fax (410) 962-6836

May 30, 2017

MEMORANDUM TO COUNSEL

    Re:    *Steven and Ellen Palmer, Individually and on Behalf of all Others Similarly Situated v. CVS Health and Nice-Pak Products, Inc.*, Civil No. CCB-17-938

Dear Counsel:

Thank you for your status report of May 26, 2017. I expect you will continue discussions on the extent to which all discovery taken in both the *Kurtz* and *Belfiore* cases is applicable to and may be used in this case. Certainly duplicative discovery should be avoided.

In the meantime, I will stay this case pending the Second Circuit's ruling on the Rule 23(f) petitions in *Kurtz* and *Belfiore*. A joint status report is due 14 days after that ruling.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge