IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| STEVEN AND ELLEN PALMER, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH AND NICE-PAK PRODUCTS, INC.,<br><br>Defendants. | CASE NO. 17-cv-00938-CCB<br><br>**SUPPLEMENTAL JOINT STATUS REPORT** |

Plaintiffs Steven and Ellen Palmer ("Mr. and Mrs. Palmer"), individually and on behalf of all others similarly situated, and Defendants CVS Pharmacy, Inc. ("CVS"), sued as "CVS Health," and Nice-Pak Products, Inc. ("Nice-Pak") (collectively, "Defendants"), through undersigned counsel, file this Supplemental Joint Status Report to update the Court regarding recent developments in *Armstrong v. Costco Wholesale Corp.*, et al., No. 3:17-cv-00567-HZ (D. Ore.). On September 11, 2017, the undersigned counsel from Robbins Geller Rudman & Dowd LLP and Tucker Ellis LLP participated in a status conference in *Armstrong* with the Honorable Marco Hernandez. Judge Hernandez informed counsel that he was pleased with the progress the parties were making in that case and the discovery plan and schedule proposed to him that is virtually identical to the one contained in the status report the parties filed in this case on September 8, 2017. (*See* ECF No. 152.) On September 12, 2017, Judge Hernandez entered his Minutes from the conference in which he set *Armstrong* for a status conference on January 16, 2018 and instructed the parties to file another status report by January 10, 2018. (*See* Exhibit A.)

As set forth in the status report filed on September 8, 2017, the parties are cooperating on negotiating and implementing a discovery plan in this case and request that a plan and schedule similar to the one proposed in their report and adopted in *Armstrong* be adopted here.

3423853.1

Respectfully submitted,

s/ *Mark S. Reich*

Mark S. Reich (admitted *pro hac vice*)
ROBBINS GELLER RUDMAN & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
Facsimile:  631/367-1173
mreich@rgrdlaw.com

Dana W. McKee (Fed. Bar No. 04447)
Jessica P. Weber (Fed. Bar No. 17893)
BROWN GOLDSTEIN & LEVY LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202
Tel: (410) 962-1030
Fax: (410) 385-0869
dwm@browngold.com
jweber@browngold.com

*Attorneys for Plaintiffs*

s/ *Stephen E. Marshall*

Stephen E. Marshall (08896)
Darryl L. Tarver (19746)
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
Telephone:    410.244.7407
Facsimile:    410.244.7742
E-mail:         SEMarshall@venable.com
                    DLTarver@venable.com

John Q. Lewis, admitted *pro hac vice*
Karl A. Bekeny, admitted *pro hac vice*
Dustin B. Rawlin, admitted *pro hac vice*
William H. Berglund, admitted *pro hac vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Telephone: 216.592.5000
Facsimile: 216.592.5009
E- mail: john.lewis@tuckerellis.com
karl.bekeny@tuckerellis.com
dustin.rawlin@tuckerellis.com
william.berglund@tuckerellis.com

*Attorneys for Defendants CVS Pharmacy, Inc. and Nice-Pak Products, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of September, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Mark S. Reich
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747

Dana Whitehead McKee
Brown Goldstein and Levy LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD 21202

Jessica Paulie Weber
Brown Goldstein and Levy LLP
120 East Baltimore Street, Suite 1700
Baltimore, MD 21202

*Attorneys for Plaintiff*

s/ *Stephen E. Marshall*
Stephen E. Marshall (08896)
Darryl L. Tarver (19746)
VENABLE LLP
750 E. Pratt Street
Suite 900
Baltimore, MD  21202
Telephone:     410.244.7407
Facsimile:      410.244.7742
E-mail: SEMarshall@venable.com
DLTarver@venable.com

*Counsel for Defendants CVS Health and Nice-Pak Products, Inc.*

3423853.1