IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| STEVEN PALMER et al. | * | |
| | * | Civil Action No. CCB-17-0938 |
| v. | * | |
| | * | |
| CVS HEALTH, et al. | * | |

**ORDER**

On March 30, 2021, the court ordered the plaintiffs Steven and Ellen Palmer to show cause why this complaint should not be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute. (ECF 218). The plaintiffs have failed to comply with the court's order, and it appears from the record that the plaintiffs no longer wish to proceed with this case, as they have been unresponsive to their former counsel, to defense counsel, and to the court since June 2020. (*See* ECF 218; Motion to Withdraw as Counsel, ECF 214; Defendants' Status Report, ECF 217). Accordingly, upon the court's own motion, notice having been given, it is hereby Ordered that:

1. This case IS DISMISSED with prejudice for lack of prosecution pursuant to Fed. R. Civ. P. 41(b);

2. A copy of this Order shall be SENT to the plaintiffs at 437 N. Cedar Street, Traverse City, MI 49684, and to counsel of record; and

3. The Clerk shall CLOSE this case.


  4/20/2021                                   /S/
Date                                       Catherine C. Blake
                                           United States District Judge